1  Jennifer Park
   306 East 9th Street, 125
2  Los Angeles, CA 90015

3  Telephone No.: 562-569-5523

4  Defendant in Pro Per



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL, LLC, D/B/A HERITAGE PACIFIC FINANCIAL, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GREG COLE; RONALD CLACK; ISSAC MARTINEZ; GERMAN SAMAYOA; CARLOS TURCIOS; VARIAN SHELTON; JACINTO AYALA; MARY JEAN CASTRO; ESPERANZA DOMINGUEZ; PAUL BROWN, JR; SHARON BROWN; KAREN MORALES; AMADO HERNANDEZ; NICOL MARINA VILLA; SEAN DOYLE; RICARDO AGUILAR; HECTOR HERNANDEZ; JESSICA GONZALEZ; OMAR PERKINS; ALEJANDRO JIMENEZ; ENDY ARTEAGA; OSCAR VILLATORO; PATRICA MARTINEZ; NORMA MALDONADO; MARCELINO MONGE ALAS; CARLOS SANTOS; CHRISTINA KUTZER; FABRICIO ALFARO; ANA AGUILAR; MARIA CHACON; MATTHEW ALFANO; SABINA MENDEZ | Case No.: CV10 0394 PSG (JEMX)<br><br>ANSWER TO COMPLAINT FOR DAMAGES, SPECIFIC PERFORMANCE AND OTHER EQUITABLE RELIEF. |



Heritage Pacific Financial v. Cole, et al.

Answer - 1

```
CHAVARRIA; ROSA BARRIOS;        )
BEATRICE RINCON; ALMA           )
FIGUEROA; FLORIE ANN SANNTONIL; )
GUADALUPE MORENO;               )
ALUTHNUWARA SUMANATISSA;        )
SALATIEL MONTOYA; DIONISIO      )
VAZQUEZ; JAVIER LOPEZ GLORIA    )
CAMPA; PRISCILLA FRANCO; JOHN   )
FRANCO; MIGUEL BAIRES; VICKIE   )
DAVIS; ROBERT MARTIN; AMANDA    )
MARTIN; ELCIDA POLANCO; OSCAR   )
RAMIREZ; JENNIFER PARK; KAEKO   )
SAEKI; NOEL ABRAHAM; JENNIFER   )
VALDEZ; JULIO SANCHEZ           )
                                )
        Defendants.             )
                                )
```

**COMES NOW** the defendant, JENNIFER PARK, for herself alone and in answering the allegations of the complaint on file herein, affirms, denies, and alleges as follows:

Answering the allegations of Paragraph3tt of the complaint, defendant Jennifer Park incorporates herein answers to Paragraphs 1 through 94 of plaintiff's purported Cause of Actions the same as though fully set out herein at length.

Answering the allegations of Paragraphs 4-18 and Paragraph 65of the Complaint, defendant Jennifer Park denies each and every allegation contained in said Paragraphs.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

(Anticipatory Repudiation)

These answering Defendants is informed and believe and on such information and belief allege that Plaintiffs breached their contract, if any, with Defendant, and that by reason of said breach of contract, Defendant Jennifer Park has been excused of their duties to perform all obligations set forth in said contract.

//

## SECOND AFFIRMATIVE DEFENSE

(Assumption of Risk)

The answering Defendant is informed and believe and thereon allege that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations which Plaintiffs by way of their complaint, said claims or obligations are unenforceable because Plaintiffs assumed the risk involved in the transaction.

## THIRD AFFIRMATIVE DEFENSE

(Failure to Mitigate)

The answering Defendant is informed and believe and thereon allege that Plaintiffs has failed to mitigate and lessen damages, if any it sustained, as required by law, and are barred from recovery by reason thereof against Defendant Jennifer Park.

## FOURTH AFFIRMATIVE DEFENSE

(Offset)

The answering Defendant alleges that they have suffered damage by reason of Plaintiffs conduct; that they have the right of offset if any amount of money is owed to Plaintiffs or due Plaintiffs by way of damage.

## FIFTH AFFIRMATIVE DEFENSE

(Laches)

The answering Defendant is informed and believe and on such information and belief allege, that Plaintiffs failed to promptly act to enforce their rights.

//

//

//

Heritage Pacific Financial v. Cole, et al.

Answer - 3

## SIXTH AFFIRMATIVE DEFENSE

(Substantial or Partial Performance/Divisibility)

The answering Defendant is informed and believe and on such information and belief allege that the contract alleged in the Complaint, if any, has been substantially and/or partially performed, and as such, is subject to divisibility.

**WHEREFORE**, defendant Jennifer Park prays that plaintiff take nothing by Complaint and that defendant have judgment against plaintiff and recover costs of suit herein incurred, and such other relief as the court may deem proper.

DATED: February 17, 2010

_____
Jennifer Park, Defendant

## VERIFICATION

I, Jennifer Park, am a Defendant in the above-entitled action. I have read the foregoing ANSWER TO COMPLAINT and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Los Angeles, California.

DATED: February 17, 2010

Jennifer Park

Heritage Pacific Financial v. Cole, et al.

Answer - 5

# **PROOF OF SERVICE**

I, declare that I am over the age of eighteen years and not a party to the action. My address is 10750 Civic Center Dr, Rancho Cucamonga CA. 91730

On, 2/19/10, I served the Answer to Complaint by placing a true copy in the United States mail enclosed in a sealed envelope with postage fully prepaid, addressed as follows:

Law Offices of Justin T. Ryan
2534 State Street, Suite 404
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 2/19/10 at Los Angeles, California.

_____        Angel Koy
Signature                                       Type or Print Name