EDWARD N. MORRIS, State Bar No: 69922
4000 Barranca Parkway, Suite 250
Irvine, CA 92604
Tel: (949) 679-3501/Fax: (949) 679-3411

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERITAGE PACIFIC FINANCIAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREG COLE, et al. <br><br> Defendants. | CASE NO: 10-cv-00394-PSG (JEMx) <br><br> DEFENDANT HECTOR HERNANDEZ' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES |

In answer to Plaintiff's Complaint, defendant HECTOR HERNANDEZ, on information and belief hereby generally and specifically denies each and every allegation of Plaintiff's Complaint.

### FIRST AFFIRMATIVE DEFENSE
(For Unclean Hands)

As a first, separate and affirmative defense to each of the causes of action in the Complaint, Defendant alleges that Plaintiff is barred from asserting the claims alleged in its Complaint by the doctrine of unclean hands.

### SECOND AFFIRMATIVE DEFENSE
(For Failure to Mitigate Damages)

As second, separate and affirmative defense to each of the causes of action in the Complaint, Defendant alleges that Plaintiff should be barred from recovering

damages in full, or, alternatively to the extent of Plaintiff's failure to mitigate its damages.

### THIRD AFFIRMATIVE DEFENSE

(For Comparative Fault)

As a third, separate and affirmative defense to each of the causes of action in the Complaint, Defendant alleges that Plaintiff's damages are not recoverable, or, alternatively, should be reduced by the percentage of negligence on the part of Plaintiff, which caused the alleged damages to occur.

### FOURTH AFFIRMATIVE DEFENSE

(For Statute of Limitations)

As a fourth, separate and affirmative defense to each of the causes of action in the Complaint, Defendant alleges that Plaintiff's claims are barred by all applicable Statutes of Limitations contained in the Code of Civil Procedure Sections 335 through 340 inclusive.

### FIFTH AFFIRMATIVE DEFENSE

(For Failure to State a Cause of Action)

As a fifth, separate and affirmative defense to each of the causes of action in the Complaint, Defendant alleges that Plaintiff's Complaint, and each cause of action therein, fails to state a cause of action for which damages may be recovered from this Defendant.

### SIXTH AFFIRMATIVE DEFENSE

(For Unconsionability of Contract)

As a sixth, separate and affirmative defense to each of the causes of action in the Complaint, Defendant alleges that as to Plaintiff's Complaint, and each cause of action therein, Plaintiff is barred from recovering damages on the contract because its terms are unconscionable.

////

////

## SEVENTH AFFIRMATIVE DEFENSE

(Apportionment)

This answering defendant is informed and believes and thereon alleges that the matters complained of in the complaint were proximately caused, in whole or in part, by the acts or omissions of a third party or parties or Plaintiff.  Accordingly, the liability of the Defendant and responsible parties, named or unnamed, should be apportioned according to their respective degrees of fault or other legal responsibility, and the liability, if any, of this answering Defendant should be reduced accordingly.

WHEREFORE, for the reasons stated herein and as to each cause of action, Defendant prays:

1. That Plaintiff take nothing in damages;
2. That judgment be entered in favor of Defendant and against Plaintiff;
3. For attorneys fees according to proof;
4. For costs of suit; and,
5. For such other and further relief as the Court deems just and proper.

DATED:  March 4, 2010                              Respectfully submitted,


/S/_____
EDWARD N. MORRIS
Attorney for Defendant

PROOF OF SERVICE BY MAIL
(Sec. 1013 (a) C.C.P.)
STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 4000 Barranca Parkway, Suite 250, Irvine, Ca. 92604

On March 4, 2010, I served the foregoing document described as DEFENDANT HECTOR HERNANDEZ' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES on the interested parties in this action:

☒  by placing:

  ☐  the original

  ☒  a true copy thereof enclosed in a sealed envelope as follows:

Justin Ryan, Esq.
2534 State Street
Suite 404
San Diego, CA 92101

☒  BY MAIL I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  BY FAX:

☐  BY PERSONAL SERVICE: I caused such document to be personally served to the above address.

☐  STATE I declare under penalty of perjury that the foregoing is true and correct.

☒  FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2010, at Irvine, California.

/s/_____
Edward N. Morris

---

DEFENDANT HECTOR HERNANDEZ' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
-4-